UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80096-Civ-Middlebrooks/Brannon

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

NICHOLAS TOMS,

    Defendant.

_____/

## FINAL JUDGMENT COMPELLING NICHOLAS TOMS TO COMPLY WITH COMMISSION ORDER

**THIS CAUSE** comes before the Court on the Complaint (DE 1) of the Plaintiff Securities and Exchange Commission (the "Commission") against the Defendant Nicholas Toms ("Toms"), and Toms' Consent to Entry of Judgment. (DE 23-1).

The Court has considered the Consent, the pleadings on file, and the applicable law. Based on the foregoing it is

**ORDERED AND ADJUDGED** that the Commission's Motion to Approve Consent Judgment (DE 23) is **GRANTED**.

**IT IS FURTHER ORDERED**, that the Commission Order entered against Toms on October 19, 2015, be enforced.

**FURTHER ORDERED**, that judgment enter in favor of the Commission and against Toms in the amount of $64,489.79 for disgorgement and prejudgment interest pursuant to Rule 600 of the Commission's Rules of Practice, 17 C.F.R. § 201.600.

**FURTHER ORDERED**, that judgment enter in favor of the Commission and against Toms in the amount of $175,339.22 for a civil penalty and interest thereon pursuant to 31 U.S.C. § 3717.

- 2 -

**FURTHER ORDERED**, that Toms shall pay such amounts on or before May 2, 2016. Toms may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website http://www.sec.gov/about/offices/ofm.htm. Toms may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169.

Such payment shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; naming Toms as the defendant in this action; and specifying that payment is made pursuant to this Final Judgment. Toms shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Toms relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Toms. The Commission shall remit the funds paid by Toms pursuant to this Final Judgment to the United States Treasury.

**FURTHER ORDERED**, that if such amounts are not paid by May 2, 2016, interest thereon shall accrue pursuant to 28 U.S.C. § 1961. In addition, the Commission may enforce the Court's judgment for disgorgement and prejudgment interest if not paid by moving for civil contempt (and/or through other collection procedures authorized by law), and the Commission may enforce the civil penalty pursuant to the provisions of the Federal Debt Collection Procedure Act, 28 U.S.C. §§ 3001 - 3308.

**FURTHER ORDERED**, that with respect to that portion of this Judgment representing a civil money penalty, Toms agrees that he shall not seek or accept, directly or indirectly, reimbursement or indemnification from any source, including but not limited to payment made

pursuant to any insurance policy, with regard to any civil penalty amounts that Toms pays pursuant to the Final Judgment, regardless of whether such penalty amounts or any part thereof are added to a distribution fund or otherwise used for the benefit of investors. Toms further agrees that he shall not claim, assert, or apply for a tax deduction or tax credit with regard to any federal, state, or local tax for any penalty amounts that Toms pays pursuant to the Final Judgment, regardless of whether such penalty amounts or any part thereof are added to a distribution fund or otherwise used for the benefit of investors.

**FURTHER ORDERED**, that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the Complaint are true and admitted by Toms, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Toms under this Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

**FURTHER ORDERED**, that this Court shall retain jurisdiction of this matter for 90 days for the purpose of enforcing the terms of this Judgment.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 29 day of April, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record