UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 16-80096-Civ-Middlebrooks/Brannon

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

NICHOLAS TOMS,

    Defendant.

_____/

**MOTION OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION
FOR ORDER TO SHOW CAUSE WHY DEFENDANT NICHOLAS TOMS
SHOULD NOT BE HELD IN CONTEMPT OF COURT
FOR FAILURE TO PAY DISGORGEMENT AND PREJUDGMENT INTEREST**

The Plaintiff Securities and Exchange Commission (the "Commission") hereby moves for an order to show cause why defendant Nicholas Toms ("Toms") should not be held in contempt of court for failure to pay disgorgement and prejudgment interest and states as follows:

1. On April 29, 2016 this Court entered, on Toms' consent, a Final Judgment Compelling Toms to Comply with Commission Order and directing him to pay disgorgement and prejudgment interest of $64,489.79 (DN 25) (the "Final Judgment"). The Final Judgment specifically provides that if Toms failed to make payment by May 2, 2016 the Commission could enforce the Final Judgment as to disgorgement and prejudgment interest by moving for civil contempt, and/or by other collection procedures authorized by law.

2. The Final Judgment also directed Nicholas Toms to pay a civil penalty and interest thereon of $175,339.22. As collection of this portion of the Final Judgment is pursuant to the Federal Debt Collection Procedure Act, 28 U.S.C. §§ 3001 -3308, which does not provide for the

remedy of contempt, the Commission seeks contempt solely with respect to the disgorgement and prejudgment remedy portion of the Final Judgment.

3. Toms has failed to pay any portion of the amounts he was ordered to pay in the Final Judgment. As of August 24, 2016, the amount due on the Final Judgment for disgorgement and prejudgment interest is $64,489.79 as ordered on April 29, together with postjudgment interest pursuant to 28 U.S.C. § 1961 at the rate of 0.54% in the amount of $111.54. Additional post-judgment interest continues to accrue on this amount at the rate of $0.95 a day.

4. Toms has the ability to comply with the Final Judgment requiring him to pay disgorgement, prejudgment interest, and post judgment interest.

5. The Commission submits a proposed Order to Show Cause, which alternatively refers this Motion to a Magistrate Judge to conduct an evidentiary hearing and to submit a report and recommendation or provides for a hearing before this Court. Either procedure is acceptable to the Commission.

WHEREFORE, the Commission prays that this Court issue an Order requiring Toms to show cause, if any he has, why he should not be held in civil contempt for having violated the terms of the Final Judgment directing him to pay disgorgement, prejudgment interest, and post-judgment interest as set forth above.

I hereby certify pursuant to Local Civil Rule 7.1(a)(3) that on August 12, 2016 at 8:00 a.m., I notified Toms by e-mail of the Commission's intention to file this Motion. Toms has not responded.

Respectfully submitted

Dated:       New York, New York
             August 24, 2016

/s/ John J. Graubard
JOHN J. GRAUBARD
Senior Trial Counsel
S.D. Florida Bar No. A5501682
E-mail: graubardj@sec.gov
Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Room 400
New York, NY 10281-1022
Tel.:   212-336-0084;       Fax:   212-336-1323
Attorney for Plaintiff
Securities and Exchange Commission

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing, and of the Declaration of John J. Graubard and the Exhibits thereto, was served by overnight delivery service and by e-mail on August 24, 2016 on the parties and counsel shown on the service list below.

      /s/ John J. Graubard
      JOHN J. GRAUBARD
      S.D. Florida Bar No. A5501682

## SERVICE LIST

Nicholas Toms, by overnight delivery service (UPS) to him at 2350 Cherry Palm Road, Boca Raton, FL 33432-7913, his last known address, and by e-mail to ntoms@csginc.net;

Michael Bachner, Esq., by overnight delivery service (UPS) to him at Bachner & Associates, PC, 39 Broadway, Suite 1610, New York, NY 10006, and by e-mail to mb@bhlawfirm.com; and

Richard Weinstein, Esq., by overnight delivery service (UPS) to him at Law Office of Richard S. Weinstein, P.A., 250 S. Central Boulevard, Suite 101, Jupiter, FL 33458, and by e-mail to rsweinstein@gmail.com.