UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 16-80096-Civ-Middlebrooks/Brannon

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

NICHOLAS TOMS,

    Defendant.

_____/

**STATEMENT OF NON-OPPOSITION TO MOTION FOR EXTENSION
BY DEFENDANT NICHOLAS TOMS (DN 32)**

    The Plaintiff Securities and Exchange Commission does not oppose the request of the Defendant Nicholas Toms for an extension to September 16, 2016 for him to respond to the Order to Show Cause issued by this Court (DN 30).

    Respectfully submitted

Dated:    New York, New York
    September 8, 2016

/s/ John J. Graubard
JOHN J. GRAUBARD
Senior Trial Counsel
S.D. Florida Bar No. A5501682
E-mail: graubardj@sec.gov
Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Room 400
New York, NY 10281-1022
Tel.:  212-336-0084;    Fax:  212-336-1323
Attorney for Plaintiff
Securities and Exchange Commission

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing, and of the Declaration of John J. Graubard and the Exhibits thereto, was served by overnight delivery service and by e-mail on September 8, 2016 on the parties and counsel shown on the service list below.

      /s/ John J. Graubard
      JOHN J. GRAUBARD
      S.D. Florida Bar No. A5501682

## SERVICE LIST

Nicholas Toms, by overnight delivery service (UPS) to him at 2350 Cherry Palm Road, Boca Raton, FL 33432-7913, his last known address, and by e-mail to ntoms@csginc.net;

Michael Bachner, Esq., by overnight delivery service (UPS) to him at Bachner & Associates, PC, 39 Broadway, Suite 1610, New York, NY 10006, and by e-mail to mb@bhlawfirm.com; and

Richard Weinstein, Esq., by overnight delivery service (UPS) to him at Law Office of Richard S. Weinstein, P.A., 250 S. Central Boulevard, Suite 101, Jupiter, FL 33458, and by e-mail to rsweinstein@gmail.com.